161 So.2d 278

**Loudis PARISH**

v.

**STANDARD ACCIDENT INSURANCE COMPANY.**

No. 47115.

March 11, 1964.

161 So.2d 278

**MORETTI–HARRAH MARBLE COMPANY**

v.

**J. C. CHAMPAGNE, INC., et al.**

No. 47063.

March 11, 1964.

161 So.2d 278

**Loudis PARISH**

v.

**STANDARD ACCIDENT INSURANCE COMPANY.**

No. 47090.

March 11, 1964.

In re: Standard Accident Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 158 So.2d 892.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.